UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING, ) ) Plaintiff, ) ) vs. ) ) DANIEL K. STEELE, et al., ) ) Defendants. ) | Case No. 4:13 CV 1900 RWS |

## MEMORANDUM AND ORDER

This matter is before me upon the filing of defendants' answer.

Accordingly,

**IT IS HEREBY ORDERED** that, <u>no later than January 14, 2014</u>, the parties shall file a joint status memorandum with the Court indicating whether this case has been settled, or whether the parties intend to proceed with this matter. If the parties intend for this case to go forward, then they shall advise the Court of what they believe the next appropriate steps to be, ie., whether a Rule 16 scheduling conference and any other orders may be necessary.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day __7th_____ of January, 2014.