UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL K. STEELE, et al., )<br>)<br>Defendants. ) | Case No. 4:13 CV 1900 RWS |

### MEMORANDUM AND ORDER

As discussed on the record during today's hearing,

**IT IS HEREBY ORDERED** that the parties are granted leave to propound written discovery <u>only</u> prior to the Rule 16 scheduling conference.

**IT IS FURTHER ORDERED** that **defense counsel will submit any additional documentation supporting his motion for leave to withdraw [#37] to my chambers for in camera inspection by 2:00 p.m. Friday, March 28, 2014 . Defense counsel shall also provide a courtesy copy of his submission to Daniel Steele, who may submit an in camera (this means it does not have to be filed or sent to plaintiff) written response to my chambers by 2:00 p.m. on Friday, April 11, 2014. Mr. Steele shall provide a courtesy copy of his response to defense counsel.**

**IT IS FURTHER ORDERED** that there will be a **status conference in this matter on May 7, 2014 at 10:00 a.m. in Courtroom 16-South to discuss resolution of the pending motion to withdraw and scheduling issues. Plaintiff's counsel may participate in the hearing by telephone if they so notify my chambers by noon on May 5, 2014. If defendants have not yet retained new counsel to represent them in this matter, defendants are required**

**to attend the hearing in person. Mr. Steele may appear as an authorized representative for the corporate defendant. Defense counsel is responsible for notifying defendants of this Order as well as the May 7, 2014 hearing.**

                                                _____
                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this day 26th of March, 2014.