UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. COMMODITY FUTURES TRADING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:13 CV 1900 RWS |
| DANIEL K. STEELE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As discussed during today's status conference,

**IT IS HEREBY ORDERED** there will be a **telephone status conference in this matter on June 4, 2014 at 10:30 a.m. to discuss prosecution or resolution of this matter. Plaintiff's counsel is responsible for placing the conference call and shall have all parties on the line before contacting my chambers at 314-244-7430. Defense counsel shall provide plaintiff's counsel with a number where he can be reached in advance of the conference.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2014.