UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. COMMODITY FUTURES TRADING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:13 CV 1900 RWS |
| DANIEL K. STEELE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As discussed during today's status conference,

**IT IS HEREBY ORDERED** that plaintiff shall file any amended complaint by **no later than July 16, 2014.**

**IT IS FURTHER ORDERED** that there will be a **Rule 16 conference in this matter on July 16, 2014 at 11:00 a.m. in the chambers of the undersigned. Counsel are expected to appear in person for the scheduling conference. The parties shall comply with the provisions of the Order Setting Rule 16 Conference, sent out this same date, and file their joint proposed scheduling plan by no later than July 11, 2014.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day 4th day of June, 2014.