UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. COMMODITY FUTURES TRADING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:13 CV 1900 RWS |
| DANIEL K. STEELE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On the Court's own motion,

**IT IS HEREBY ORDERED** that the **Rule 16 conference currently set for August 18, 2014 is canceled and will be reset by further Order of this Court.**

**IT IS FURTHER ORDERED** that the motion for extension of time to file answer [#56] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2014.