UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING, ) ) Plaintiff, ) ) vs. ) ) DANIEL K. STEELE, et al., ) ) Defendants. ) | Case No. 4:13 CV 1900 RWS |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to reset the Rule 16 conference on a specific date at a specific time. The motion will be denied. I canceled the scheduling conference on my own motion and stated that it would be reset by further Order. The parties should wait for that Order.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to reset the Rule 16 conference [#58] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2014.